857 A.2d 672

Perry Michael ENGEL, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
PAROLE, Appellee.

Supreme Court of Pennsylvania.

June 4, 2004.

## ORDER

PER CURIAM.

AND NOW, this 4th day of June, 2004, probable jurisdiction is noted and the order appealed is affirmed.